UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DANIEL PEARSON, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

GROUP HEALTH COOPERATIVE OF SOUTH CENTRAL WISCONSIN,

    Defendant.

Case No.: 3:24-cv-00310

---

## MOTION TO REMAND

---

Plaintiff Daniel Pearson ("Plaintiff") submits this Motion to Remand this action to the Circuit Court of Dane County, Wisconsin, pursuant to 28 U.S.C. § 1447(c). The Court either lacks jurisdiction or must abstain from exercising jurisdiction under the stated bases for removal in Defendant Group Health Cooperative of South Central Wisconsin's Amended Notice of Removal. *See* ECF No. 9. In support of his Motion, Plaintiff submits the Brief in Support of Motion to Remand and its exhibits (submitted contemporaneously herewith); the records, pleadings, and papers filed in this action; and such other documentary and oral evidence or argument as may be presented to the Court.

Dated this 12th day of July, 2024.

Respectfully Submitted,

/s/ Samuel J. Strauss
Samuel J. Strauss (Wisconsin Bar No. 1113942)
Raina C. Borrelli (*pro hac vice* forthcoming)
**STRAUSS & BORELLI PLLC**
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
Tel: (872) 263-1100

sam@straussborrelli.com
raina@straussborrelli.com

Jeff Ostrow (*pro hac vice* forthcoming)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Ste. 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-420
ostrow@kolawyers.com

*Attorneys for Plaintiff Daniel Pearson and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that on July 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

/s/ Samuel J. Strauss
Samuel J. Strauss (Wisconsin Bar No. 1113942)
**STRAUSS & BORELLI PLLC**
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
Tel: (872) 263-1100
sam@straussborrelli.com
